# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| SHEENA PESANTI (a/k/a SHEENA HENSLEY), | CV 25-161-M-WWM |
| Plaintiff, | |
| vs. | ORDER ADOPING FINDINGS AND RECOMMENDATION AND DISMISSING WITHOUT PREJUDICE |
| CLARK HENSLEY, an individual; JUDGE LESLIE HALLIGAN, in her individual and official capacities; MISSOULA POLICE DEPARTMENT; and JOHN DOES 1-10, | |
| Defendants. | |

Plaintiff Sheena Pesanti lodged a Complaint against the above-named Defendants on October 8, 2025. (Doc. 1). However, Plaintiff did not file an application to proceed in forma pauperis under 18 U.S.C. § 1915(a), pay the $405 civil filing fee, or inform the Court of her change in address. (Doc. 5 at 1-2). Judge DeSoto made Findings and a Recommendation in this matter on November 24, 2025. Plaintiff did not object and, therefore, is not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommended that this Court dismiss Plaintiff's Complaint (Doc. 1) without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's orders. (Doc. 5 at 4).

The Court finds no clear error in Judge DeSoto's Findings and Recommendation (Doc. 5). Accordingly:

**IT IS HEREBY ORDERED** that Judge DeSoto's Findings and Recommendation are **ADOPTED IN FULL**.

Therefore, **IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that any appeal from this disposition would not be taken in good faith pursuant to Federal Rule of Appellate Procedure 24(a)(4)(B).

The Clerk of Court is directed to notify the parties of the making of this

2

order and to enter, by separate document, a judgment of dismissal pursuant to

Federal Rule of Civil Procedure 58.

DATED this 9th day of December, 2025.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE