UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHEENA PESANTI (a/k/a SHEENA HENSLEY),<br><br>             Plaintiff,<br><br>vs.<br><br>CLARK HENSLEY, an individual; JUDGE LESLIE HALLIGAN, in her individual and official capacities; MISOULA POLICE DEPARTMENT; and JOHN DOES 1-10,<br><br>             Defendants. | Case No. CV-25-161-M-WWM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in accordance with the Order dated December 9, 2025, Doc. 6, this case is DISMISSED WITHOUT PREJUDICE.

    Dated this 9th day of December, 2025

                                TYLER P. GILMAN, CLERK

                        By:   /s/ Sarah Nagy
                                Deputy Clerk